AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PAUL, LETITIA Z. | U.S. BANKRUPTCY COURT, SDTX | 07/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

515 RUSK AVENUE, SUITE 4019
HOUSTON, TEXAS 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate No. 1 |
| 2. | Co-Trustee | Trust No. 1 |
| 3. | Co-Trustee | Trust No. 2 |
| 4. | Trustee | Trust No. 3 |
| 5. | Trustee | Trust No. 4 |
| 6. | Trustee | Trust No. 5 |
| 7. | Trustee | Trust No. 6 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | - Sales' Commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SYSCO | B | Dividend | K | T | | | | | |
| 2. Comerica Bank- Account (formerly STERLING BANK Account) | A | Interest | K | T | | | | | |
| 3. U.S. TREASURY BILL | A | Interest | | | Matured | 08/15/11 | J | | |
| 4. J&J ("JNJ") | A | Dividend | K | T | | | | | |
| 5. Berk "B" | | None | K | T | Sold (part) | 04/07/11 | L | | |
| 6. Limited Partnership 1, Harris County, Texas | A | Rent | J | U | | | | | |
| 7. Limited Partnership 2 Harris County, Texas | A | Distribution | J | T | | | | | |
| 8. CVX | C | Dividend | M | T | | | | | |
| 9. Pepsi | A | Dividend | J | T | | | | | |
| 10. Texas Instruments | A | Dividend | J | T | | | | | |
| 11. Caterpillar | A | Dividend | L | T | Buy (add'l) | 08/09/11 | K | | |
| 12. Lewisville ISD | | None | K | T | | | | | |
| 13. Procter & Gamble | A | Dividend | J | T | | | | | |
| 14. KMP | C | Dividend | L | T | Buy | 04/07/11 | K | | |
| 15. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 16. Edward Jones Money Market Accounts | A | Interest | J | T | | | | | See note in Part VIII |
| 17. U.S. Savings Bonds (X) | D | Interest | | | Redeemed | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ATT (X) | None | | K | T | | | | | |
| 19. Colegate Polmolive (X) | None | | J | T | | | | | |
| 20. Comcast Corp New Cl A (X) | None | | J | T | | | | | |
| 21. Consolidated Edison (X) | None | | J | T | | | | | |
| 22. Devon Energy Corp New (X) | None | | J | T | | | | | |
| 23. DirectTV Group Holdings CLA (X) | None | | J | T | | | | | |
| 24. Energizer Holdings Inc. Com (X) | None | | K | T | | | | | |
| 25. Exxon Mobil Corp Com (X) | None | | L | T | | | | | |
| 26. Frac Marriott Intl New A (X) | None | | J | T | | | | | |
| 27. Heinz HJ Co (X) | None | | K | T | | | | | |
| 28. IBM (X) | None | | L | T | | | | | |
| 29. Marriott Intl Inc. New A (X) | None | | L | T | | | | | |
| 30. Ralcorp Hldgs Inc New (X) | None | | J | T | | | | | |
| 31. Raytheon Co Delaware New (X) | None | | K | T | | | | | |
| 32. Ruby Tuesday (X) | None | | J | T | | | | | |
| 33. Transocean Ltd (X) | None | | J | T | | | | | |
| 34. Verizon Communications Com (X) | None | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. John Hancock Large Cap Mutual Fund (X) | | None | J | T | | | | | |
| 36. Prudential Jennison Mutual Fund (X) | | None | J | T | | | | | |
| 37. Vanguard Wellington Mutual Fund (X) | | None | J | T | | | | | |
| 38. Estate No. 1 | | None | P1 | T | | | | | |
| 39. -Brokerage Account No.1 | | | | | | | | | |
| 40. --Alcatel Lucent | | | | | | | | | |
| 41. --AMN Greetings | | | | | | | | | |
| 42. --ATT (Y) | | | | | | | | | |
| 43. --AXA-Spons ADR | | | | | | | | | |
| 44. --Chevron Corp (Y) | | | | | | | | | |
| 45. --Colegate Polmolive (Y) | | | | | | | | | |
| 46. --Comcast Corp New Cl A (Y) | | | | | | | | | |
| 47. --Consolidated Edison (Y) | | | | | | | | | |
| 48. --Daimler A | | | | | | | | | |
| 49. --Devon Energy Corp New (Y) | | | | | | | | | |
| 50. --DirectTV Group Holdings CLA (Y) | | | | | | | | | |
| 51. --Energizer Holdings Inc. Com (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Exxon Mobil Corp Com (Y) | | | | | | | | | |
| 53. --Fairpoint Communications | | | | | | | | | |
| 54. --Frac Marriott Intl New A (Y) | | | | | | | | | |
| 55. --Frontier Communications | | | | | | | | | |
| 56. --Heinz HJ Co (Y) | | | | | | | | | |
| 57. --Host Hotels & Resorts | | | | | | | | | |
| 58. --IBM (Y) | | | | | | | | | |
| 59. --JNJ (Y) | | | | | | | | | |
| 60. --LSI Corp | | | | | | | | | |
| 61. --Marriott Intl Inc. New A (Y) | | | | | | | | | |
| 62. --News Corp Cl A | | | | | | | | | |
| 63. --Prudential Financial | | | | | | | | | |
| 64. --Ralcorp Hldgs Inc New (Y) | | | | | | | | | |
| 65. --Raytheon Co Delaware New (Y) | | | | | | | | | |
| 66. --Ruby Tuesday (Y) | | | | | | | | | |
| 67. --Transocean Ltd (Y) | | | | | | | | | |
| 68. --Verizon Communications Com (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --John Hancock Large Cap Mutual Fund (Y) | | | | | | | | | |
| 70. --Prudential Jennison Mutual Fund (Y) | | | | | | | | | |
| 71. --Vanguard Wellington Mutual Fund (Y) | | | | | | | | | |
| 72. -Brokerage Account No. 2 | | | | | | | | | See note in VIII |
| 73. --Alcatel Lucent | | | | | | | | | |
| 74. --Archer Daniels MIDLO | | | | | | | | | |
| 75. --ATT | | | | | | | | | |
| 76. --AXA-Spons ADR | | | | | | | | | |
| 77. --Boeing Company | | | | | | | | | |
| 78. --BP PLC Spon ADR | | | | | | | | | |
| 79. --Bristol-Myers Squibb Co | | | | | | | | | |
| 80. --Chevron Corp | | | | | | | | | |
| 81. --Comcast Corp New Cl A | | | | | | | | | |
| 82. --Devon Energy Corp New | | | | | | | | | |
| 83. --DirectTV Group Holdings CLA | | | | | | | | | |
| 84. --Entergy Corp New | | | | | | | | | |
| 85. --Exxon Mobil Corp Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --General Electric | | | | | | | | | |
| 87. --General Mills | | | | | | | | | |
| 88. --General Dynamics Corp | | | | | | | | | |
| 89. --Great Plains Energy, Inc. | | | | | | | | | |
| 90. --Gulfmark Ofshre Inc CLA | | | | | | | | | |
| 91. --HECLA Mining Co Del | | | | | | | | | |
| 92. --IBM | | | | | | | | | |
| 93. --Intl Paper Co | | | | | | | | | |
| 94. --Lowe's Companies Inc. | | | | | | | | | |
| 95. --LSI Corp | | | | | | | | | |
| 96. --Meritor Inc Com | | | | | | | | | |
| 97. --Mindspeed Tech Inc | | | | | | | | | |
| 98. --National Oilwell Varco Inc | | | | | | | | | |
| 99. --NCR Corp New | | | | | | | | | |
| 100. --Newmont Mining Corp | | | | | | | | | |
| 101. --News Corp CL A | | | | | | | | | |
| 102. --Nisource Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Pioneer Natrual Res Co | | | | | | | | | |
| 104. --Post Holdings Inc SHS | | | | | | | | | |
| 105. --Ralcorp Hldgs Inc New | | | | | | | | | |
| 106. --Rockwell Automation Inc | | | | | | | | | |
| 107. --Rockwell Collins Inc | | | | | | | | | |
| 108. --Royal Dutch Shell PLC Spons ADR B | | | | | | | | | |
| 109. --Royal Dutch Shell PLC Spons ADR A | | | | | | | | | |
| 110. --Skyworks Solutions Inc | | | | | | | | | |
| 111. --Stillwater Mining | | | | | | | | | |
| 112. --Teradata Corp Del | | | | | | | | | |
| 113. --Texas Instruments | | | | | | | | | |
| 114. --UTS Marine P TR UBI | | | | | | | | | |
| 115. --Wal-Mart Stores Inc | | | | | | | | | |
| 116. --Walgreen Co | | | | | | | | | |
| 117. --Weatherford Intl Ltd REG | | | | | | | | | |
| 118. --WT10 15Visteon Corp Wis USD | | | | | | | | | |
| 119. - U.S. Savings Bonds | | | | | Redeemed | 06/07/11 | M | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust No. 1 | E | Rent | N | S | | | | | See note in Part VIII |
| 121. - Real Property No. 1, Harris County, Texas | | | | | | | | | |
| 122. - Real Property No. 2, Harris County, Texas | | | | | | | | | |
| 123. - Real Property No. 3, Harris County, Texas | | | | | | | | | |
| 124. - Real Property No. 4 , Harris County, Texas | | | | | | | | | |
| 125. Trust No. 2 | | None | N | S | | | | | See note in Part VIII |
| 126. - Real Property No. 1, Harris County, Texas (Y) | | | | | | | | | |
| 127. - Real Property No. 2, Galveston County, Tx | | | | | | | | | |
| 128. Trust No. 3 | | None | J | T | | | | | |
| 129. -Comerica Bank Account (formerly Sterling Bank) | | | | | | | | | See note in Part VIII |
| 130. Trust No. 4 | | None | J | T | | | | | |
| 131. -Comerica Bank Account (formerly Sterling Bank) | | | | | | | | | See note in Part VIII |
| 132. Trust No. 5 | | None | L | T | | | | | |
| 133. -Comerica Bank Account (formerly Sterling Bank) | | | | | | | | | See note in Part VIII |
| 134. Trust No. 6 | | None | M | T | | | | | |
| 135. -Comerica Bank Account (formerly Sterling Bank) | | | | | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PAUL, LETITIA Z. | 07/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

3. Part VII, Line 16. These accounts were inadvertently omitted from FDR 2010.

4. Part VII, Line 17. These bonds, issued in my name, were inadvertently omitted from prior reports. The bonds were first discovered in a safety deposit box sometime during the summer of 2011 and were redeemed near that same time. Information regarding the date of redemption and the bonds' value has been requested from the financial institutions involved and this FDR will be amended upon receipt of that information.

5. Part VII, Line 72-118. This account was inadvertently omitted from FDR 2010.

6. Part VII, Line 119. These bonds, belonging to Estate No. 1, were inadvertently omitted from FDR 2010 as they were first discovered in a safety deposit box sometime during the summer of 2011.

7. Part VII, Lines 121-124. Assessed values of Real Properties by Houston County Appraisal District: No.1 - $100,952; No. 2 - $729; No. 3 - $298; and No. 4 - $171,928.

8. Part VII, Lines 127. Assessed value of Real Property No. 2 by Galveston Central Appraisal District - $460,810.

9. Part VII, Lines 129, 131, 133, and 135. These entries incorporate my Letter Amendment, dated 10/13/11, to FDR 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 07/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LETITIA Z. PAUL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544